

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00419-CV

Sheri Schneider **MYER**,
Appellant

v.

Timothy **MYER**, Jared Myer, and Lance Myer,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2025-05-36064-CV
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
          Lori I. Valenzuela, Justice
          Lori Massey Brissette, Justice

Delivered and Filed: May 6, 2026

VACATED AND REMANDED

The parties have filed a joint motion to dismiss this appeal because they have settled their dispute. The parties' motion requests we vacate the trial court's judgment and remand the cause to the trial court to render judgment in accordance with their settlement agreement pursuant to Rule 42.1(a)(2)(B) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the motion, set aside the trial court's judgment without regard to the merits, and remand

the cause to the trial court. *See id.* In accordance with the parties' agreement, costs of appeal are assessed against the party incurring them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM